**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

2011 JAN -5  PM 1: 34

| | |
|---|---|
| In re:<br>DRAYMAN, ERIC A.<br><br>Debtor(s). | Case No. 07-21418 ASD<br><br>(CHAPTER 7) |

$ 501.06

#274437

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: <u>January 4, 2011</u>

Thomas C. Boscarino, Trustee
628 Hebron Avenue
Building Two, Suite 301
Glastonbury, CT  06033
(860) 659-5657

**EXHIBIT A**

Case Name:    DRAYMAN, ERIC A.
Case Number:  07-21418

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| JIT Hardware 13 Jeanne Drive Newburgh, NY 12550 | 6 | $501.06 | | $501.06 |



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS

125
60-249/433

TID #270180

Thomas C. Boscarino
Boscarino, Grasso & Twachtman
628 Hebron Ave, Bld 2, Ste 301
Glastonbury CT 06033

$ *********501.06

Case
07-21418 ASD          Debtor
920001191158866       DRAYMAN, ERIC A.
Unclaimed Funds of JIT Hardware

~~~Five Hundred One Dollars and 06/100

Pay to the
Order of    Clerk, U.S. Bankruptcy Court
            450 Main Street
            7th Floor
            Hartford CT 06103

Date    01/04/2011

Thomas C. Boscarino, Trustee

⑆"00000125"⑆  ⑆:043302493:⑈ 2000191158866"⑈